Williams, Edward Thomas         07-12159

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS    10111
60-249 / 433

Case: 07-12159 B    Debtor: WILLIAMS, EDWARD THOMAS
92000205793766
REISSUED CHECK FROM STALE CHECK PROCESSING

TID #380290
MICHAEL CHIASSON
P.O. BOX 1666
MANDEVILLE LA 70470

Date  06/02/2010    $ *********143.53

~~~One Hundred Forty-Three Dollars and 53/100

Pay to the Order of  CHECK, UNITED STATES BANKRUPTCY COURT

MICHAEL CHIASSON

⑈00010111⑈ ⑆013302493⑆ 92000205793766⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227209    - KW
* * C O P Y * *
June 03, 2010
13:42:56

TREASURY REGFUND
07-12159
Debtor.: EDWARD THOMAS WILLIAMS
Trustee: Michael Chiasson
Amount.:              $143.53 CH
Check#.: 10111

Total -> $143.53

FROM: CHIASSON

6-3-10
Deposited to 6047BK
Treasury Acct

Due: Chevron

BK#15
CVogel

Printed: 06/02/10 07:01 AM

# Stale Check Report

Page: 1

**Trustee:** MICHAEL CHIASSON (380290)
**Case:** 07-12159 - WILLIAMS, EDWARD THOMAS

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-02057937-66 | 10111 | 06/02/10 | CHECK, UNITED STATES BANKRUPTCY COURT | | | $143.53 |

| Cancelled Account No. | Cancelled Check No. | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02057937-66 | 10105 | 1 | 11/19/07 | 610 | Chevron<br>P.O. Box 2001<br>Concord, CA 94529-0001 | 461.62 | 461.62 | 143.53 | 143.53 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.